UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-24953-BLOOM/Otazo-Reyes

DERRICK LAMAR PARKER,

    Plaintiff,

v.

SERGEANT LIZANDRO RODRIGUEZ
and SERGEANT CORY ARMSTRONG,

    Defendants.
_____/

**ORDER TO UNSEAL**

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. It has come to the Court's attention that the docket entries for the United States Marshals' Service of Process Receipt and Return are currently under seal and are therefore not accessible to the public. *See* ECF Nos. [22] & [36]. These filings establish that Defendants Sergeant Lizandro Rodriguez and Sergeant Cory Armstrong were each personally served by the U.S. Marshal with the Summons and Complaint in this case. *Id.*

Moreover, as this Court's prior orders explain, the Clerk has now entered default against Defendant Rodriguez due to his repeated failure to answer or otherwise appear in this action upon being properly served. *See* ECF Nos. [30], [31], & [32]. Given the default proceedings against Defendant Rodriguez, the Court finds that the returns demonstrating that service was properly effectuated on each Defendant must be accessible on the public docket. *See* ECF No. [31] (cautioning Defendant Rodriguez that the failure to respond to the Complaint and/or to move to set aside the Clerk's Default **by February 8, 2021**, may result in the entry of a default final judgment against him"); *see also Rismed Oncology Sys., Inc. v. Baron*, 638 F. App'x 800, 805-06

(11th Cir. 2015) (noting that, before entering default judgment, the Court must ensure proper service of process because "insufficient service of process on a party operates to prohibit a court from entering a default judgment against that party"); *Kelly v. Florida*, 233 F. App'x 883, 884 (11th Cir. 2007) ("Generally, where service of process is insufficient, a district court lacks personal jurisdiction over a defendant and, therefore, has no power to render judgment over that defendant.").

Accordingly, it is **ORDERED AND ADJUDGED** that the Clerk of Court is directed to **UNSEAL** the Process Receipt and Returns, **ECF Nos. [22] & [36]**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on January 28, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

**Derrick Lamar Parker**
75999
Nassau County Jail
Inmate Mail/Parcels
76212 Nicholas Cutinna
Yulee, Florida 32097

**Sgt. Lizandro Rodriguez**
**Sgt. Cory Armstrong**
Dade Correctional Institution
19000 SW 377th Street
Homestead, Florida 33034

**Sgt. Lizandro Rodriguez**
20201 SW 200 Street
Miami, Florida 33187

**Sgt. Cory Armstrong**

2

205 SW 75 Street
Apartment 2R
Gainesville, Florida 32607